# State of Rhode Island and Providence Plantations

SUPERIOR COURT

[ ] PROVIDENCE /BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

Providence, SC

CIVIL ACTION, FILE NO. PC05-3630

DAWN SACCOCCIA-MILLER, Plaintiff

vs.

TARGET CORPORATION, Defendant

***Summons***

Agent: CT Corporation, 10 Weybosset Street, Providence, RI

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said superior court in the county indicated above. You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is Anthony J. Cordeiro, Esq. 51 Jefferson Blvd. Warwick, RI 02888 (401) 785-0505

an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Jane M. Anthony

CLERK

Dated: July 2, 2005

TRUE COPY ATTEST
THOMAS NOURY
P.O. BOX 114026
NORTH PROVIDENCE, RI 02911

7/19/05

(Seal of the Superior Court)

S-135 (REV. 4/99) C.I. - 153