**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAWN SACCOCCIA-MILLER, Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 05 323 ML |
| TARGET CORPORATION, Defendant. | ) | |

**CERTIFICATE OF FILING PETITION FOR REMOVAL**
**WITH CLERK OF STATE OF RHODE ISLAND, PROVIDENCE SUPERIOR COURT**

I, Sheri L. Pizzi, counsel for Target Corporation ("Target"), defendant in the above-captioned action, hereby certify that I caused a copy of the Petition for Removal of the above-captioned action to be filed on July 26, 2005 with the Clerk of the State of Rhode Island, Providence Superior Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

I further certify that I gave written notice of the filing of said Notice to all adverse parties by causing to be sent, by first class mail, a copy of the Notice of Filing of Petition for Removal and the Notice of Removal on July 26, 2005 to Anthony J. Cordeiro, Plaintiff's counsel of record.

Signed under the pains and penalties of perjury this 26th day of July, 2005.

Respectfully submitted,

TARGET CORPORATION
By its attorney,

Sheri L. Pizzi
R.I. Bar No. 5720
Taylor, Duane, Barton & Gilman, LLP
Ten Dorrance Street, Suite 700
Providence, RI 02903
(401)-273-7171
Fax: (401)-273-2904
Dated: July 26, 2005
spizzi@TDBGLLP.com