286431

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

DAWN SACCOCCIA-MILLER,
Plaintiff,

v. C.A. No. 05-323ML

TARGET CORPORATION,
Defendant.

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant, Target Corporation, hereby moves that Lynn A. Kappelman of Seyfarth Shaw, LLP, be admitted PRO HAC VICE in the above case as counsel in this case with local associate counsel identified below, on the following grounds:

X The case involves the following complex area of the law, in which pro hac vice counsel specializes: employment litigation.

X Pro hac vice counsel's long-standing representation of the client: Target Corporation.

______The local trial bar lacks experience in the field of : _______________.

______The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________.

______The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ________________.

______It is a criminal case, and _______________ counsel is defendant's counsel of choice.

_____Other:__________

Defendant,
By: Sheri L. Pizzi
Attorney for Target Corporation

[signature]
Sheri L. Pizzi

DATED: 7-28-05

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts, New York, Connecticut and the federal court bars for the Districts of Connecticut, Massachusetts and the Southern, Northern, Eastern and Western Districts of New York, and the District of Colorado without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Lynn A. Kappelman, Esq.<br>Name | Sheri L. Pizzi, Esq.<br>Name: Local Associate Counsel<br>R.I. Bar # 5720 |
| Seyfarth Shaw LLP<br>Firm Name | Taylor, Duane, Barton & Gilman, LLP<br>Firm Name |
| Two Seaport Lane<br>Boston, MA 02210<br>Business Address | 10 Dorrance Street, Suite 700<br>Providence, RI 02903<br>Business Address |
| (617) 946-4888 Tel. #   (617) 946-4801 Fax # | (401) 273-7171 Tel. #   (401) 273-2904 Fax # |

**ORDER:** This motion is hereby ______________________.

______________________________
U.S. District Judge

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on July 28, 2005, I served a copy of the foregoing:

1. Motion for Entrance of Appearance Pro Hac Vice for Attorney Lynn A. Kappelman, and

2. Attorney's Kappelman's Certification for Pro Hac Vice Admission

by regular mail, postage prepaid, to:

Anthony J. Cordeiro, Esq.
51 Jefferson Boulevard
Warwick, RI 02888

Sheri L. Pizzi