UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAWN SACCOCCIA-MILLER, Plaintiff, v. TARGET CORPORATION, Defendant. | C.A. No. 05-323ML |

# DEFENDANT TARGET CORPORATION'S MOTION TO ENLARGE TIME TO FILE TARGET CORPORATION'S RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Target Corporation, respectfully moves this Court for an enlargement of time from August 1, 2005 to August 31, 2005 to file its response to the Plaintiff's Complaint.

In support of this motion, the Court is respectfully referred to the accompanying memorandum.

TARGET CORPORATION
By its Attorney,

Sheri L. Pizzi
R.I. Bar No. 5720
Taylor, Duane, Barton & Gilman, LLP
Ten Dorrance Street, Suite 700
Providence, RI 02903
(401)-273-7171
Fax: (401)-273-2904

Dated: July 29, 2005

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on this 29th day of July, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Anthony J. Cordeiro, Esq. 51 Jefferson Boulevard, Warwick, RI 02888, Counsel for Plaintiff.



LIT 1462682v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAWN SACCOCCIA-MILLER, Plaintiff, | |
| v. | C.A. No. 05-323ML |
| TARGET CORPORATION, Defendant. | |

## MEMORANDUM IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO ENLARGE TIME TO FILE TARGET CORPORATION'S RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Target Corporation, submits this memorandum in support of its motion for an enlargement of time from August 1, 2005 to August 31, 2005 to file its response to the Plaintiff's Complaint. In support of this motion, Defendant states:

1. Defense counsel has completed an initial review of the matter, and has commenced legal research of the issues, but requires additional time to draft a meaningful response to the Plaintiff's Complaint.

2. The additional time requested is necessary to complete the Defendant's Response to the Plaintiff's Complaint.

3. This motion is not interposed to delay the consideration of this matter, but rather because of the exigencies outlined above.

4. Granting the requested extension will not prejudice the Plaintiff and the Plaintiff's counsel has indicated to Defense counsel that the Plaintiff does not intend to object to this motion.

WHEREFORE, Defendant respectfully requests that this Court grant a thirty (30) day extension of time to Defendant, up to and including August 31, 2005, within which to file its Response to Plaintiff's Complaint.

TARGET CORPORATION
By its Attorney,

Sheri L. Pizzi
R.I. Bar No. 5720
Taylor, Duane, Barton & Gilman, LLP
Ten Dorrance Street, Suite 700
Providence, RI 02903
(401)-273-7171
Fax: (401)-273-2904

Dated: July 29, 2005

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on this 29th day of July, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Anthony J. Cordeiro, Esq. 51 Jefferson Boulevard, Warwick, RI 02888, Counsel for Plaintiff.

Sheri L. Pizzi



LIT 1462682v1