289064

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAWN SACCOCCIA-MILLER, Plaintiff | ) | |
| vs. | ) | C.A. 05-323ML |
| TARGET CORPORATION, Defendant | ) | |

**DEFENDANT, TARGET CORPORATION'S FILING OF DOCUMENTS REQUIRED BY LOCAL RULE 36(B)**

Pursuant to Local Rule 36(b) the defendant files the following documents in connection with its' removal of this case from State Court:

1) A copy of the Petition for Removal;

2) A certified copy of the State Court docket sheet for *Dawn Miller v Target Corporation*, Civil Action No. PC-2005-3630; and

3) Certified copies of every document in the Sate Court Record in the same sequential order as they appear on the State Court docket for *Dawn Miller v Target Corporation*:

   a) Complaint

   b) Defendant's Copy of Receipt of Initial Filing Fee

   c) Payment Applied: Misc/Fiscal Office's Copy of Receipt of Initial Filing Fee

   d) Petition for Removal

   e) Other Documents Filed During Discovery: Copy of Plaintiff's Complaint filed with Petition for Removal as Attachment "A"

   f) State of Rhode Island Superior Court Civil Case Cover sheet.

TARGET CORPORATION
By its Attorney,

Sheri L. Pizzi
R.I. Bar No. 5720
Taylor, Duane, Barton & Gilman, LLP
Ten Dorrance Street, Suite 700
Providence, RI 02903
(401)-273-7171
Fax: (401)-273-2904

Dated: July 29, 2005

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on this 29th day of July, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Anthony J. Cordeiro, Esq. 51 Jefferson Boulevard, Warwick, RI 02888, Counsel for Plaintiff.

Sheri L. Pizzi