STATI RHODE ISLAND AND PROVIDENCE PL ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

---

Case ID: PC-2005-3630 DAWN MILLER V TARGET CORPORATION

Filing Date: 07-15-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: LIBEL/SLANDER
Status Date: 07-26-2005

---

Plaintiff: DAWN MILLER
ID: @10278335

Attorney: ANTHONY CORDEIRO

Defendant: TARGET CORPORATION
ID: @10278336

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-15-2005 | COMPLAINT FILED | |
| 07-15-2005 | INITIAL FILING FEE | |
| 07-15-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP207877. |
| 07-26-2005 | NOTICE OF REMOVAL | |
| 07-26-2005 | CASE REMVD TO US DISTRICT CT | |
| 07-26-2005 | OTH DOC FILED DURING DISCOV | |

Providence, Rhode Island
Counties of Providence & Bristol
Office of Clerk of Superior Court
True Copy Attest