[illegible]

R E C E I P T

Rhode Island Justice System

Receipt Number: [illegible]
Date: [illegible]
Cashier: [illegible]

Payor: LB
Address:
DOB:

| Description | Amount |
|---|---|
| Case: PC-2005-3630 | |
| DAWN MILLER V TARGET CORPORAT | |
| INITIAL FILING FE | 150.00 |
| RI LEGAL SERVICES | 10.00 |
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

| Tender Type: | |
|---|---|
| CHECKS-SCP-2300 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island