UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAWN SACCOCCIA-MILLER, Plaintiff, | ) | CA 05 323 ML |
| vs. | ) | CIVIL ACTION NO. PC05 3630 |
| TARGET CORPORATION, Defendant. | ) | |

## PETITION FOR REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Target Corporation ("Target") hereby removes the above-entitled action to this Court based on the following grounds:

1. On or about July 2, 2005, plaintiff Dawn Saccoccia-Miller ("Saccoccia-Miller" or "Plaintiff") commenced a civil action against Target Corporation in the State of Rhode Island, Providence Superior Court, entitled Dawn Saccoccia-Miller v. Target Corporation, Civil Action No.: PC05-3630, seeking unspecified compensatory and punitive damages plus interest, costs and attorney's fees, and alleging defamation, slander, false imprisonment, intentional infliction of emotional distress, negligent supervision and retention and wrongful termination.

2. Pursuant to 28 U.S.C. §§ 1446(a), true and correct copies of all process, pleadings, and orders which Plaintiff served on Target Corporation are attached as Exhibit A.

3. This Court has diversity jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiff is a resident of the City of Cranston, County of Kent, State of Rhode Island and Defendant is a for-profit company incorporated under the laws of the state of Minnesota.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

4. Target received service of the Plaintiff's Complaint and Summons on July 2, 2005. Since Target filed this Notice of Removal within 30 days of the date of receipt of service, the Notice of Removal is timely under 28 U.S.C. § 1446(b). Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 354-55 (1999).

5. Pursuant to 28 U.S.C. § 1446, written notice of the filing of this Petition for Removal, together with a copy of the Petition for Removal, will be filed with the Clerk of the State of Rhode Island, Providence Superior Court. All adverse parties will receive a copy of the notice filed with that court.

6. Pursuant to Local Rule 36(b), Target will request from the Clerk of the State of Rhode Island, Providence Superior Court certified or attested copies of all records and proceedings in the state court, and certified or attested copies of all docket entries therein, including a copy of this Petition for Removal, and will file the same with this Court within thirty days after the filing of this Petition for Removal.

WHEREFORE, Target Corporation removes the above-captioned action pending in the State of Rhode Island, Providence Superior Court to this Court.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



BO1 15727515.1 / 19317-000001

TARGET CORPORATION

By its Attorney,

Sheri L. Pizzi
R.I. Bar No. 5720
Taylor, Duane, Barton & Gilman, LLP
Ten Dorrance Street, Suite 700
Providence, RI 02903
(401)-273-7171
Fax: (401)-273-2904
Dated: July 25, 2005

DATED: July 25, 2005

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island