UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAWN SACCOCCIA-MILLER, Plaintiff, | ) | |
| v. | ) | C.A. No. 05-323ML |
| TARGET CORPORATION, Defendant. | ) | |

# DEFENDANT TARGET CORPORATION'S MOTION TO ENLARGE TIME TO FILE TARGET CORPORATION'S RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Target Corporation, respectfully moves this Court for an enlargement of time from August 1, 2005 to August 31, 2005 to file its response to the Plaintiff's Complaint.

In support of this motion, the Court is respectfully referred to the accompanying memorandum.

TARGET CORPORATION
By its Attorney,

Sheri L. Pizzi
R.I. Bar No. 5720
Taylor, Duane, Barton & Gilman, LLP
Ten Dorrance Street, Suite 700
Providence, RI 02903
(401)-273-7171
Fax: (401)-273-2904

Dated: July 29, 2005

Granted. Mary M. Lisi USDJ 8/9/05

**CERTIFICATE OF SERVICE**

I, Sheri L. Pizzi, hereby certify that on this 29th day of July, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Anthony J. Cordeiro, Esq. 51 Jefferson Boulevard, Warwick, RI 02888, Counsel for Plaintiff.

Sheri L. Pizzi