286431

FILED JUL 28 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAWN SACCOCCIA-MILLER, Plaintiff, | ) | |
| v. | ) | C.A. No. 05-323ML |
| TARGET CORPORATION, Defendant. | ) | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, Target Corporation, hereby moves that Lynn A. Kappelman of Seyfarth Shaw, LLP, be admitted PRO HAC VICE in the above case as counsel in this case with local associate counsel identified below, on the following grounds:

X The case involves the following complex area of the law, in which pro hac vice counsel specializes: employment litigation.

X Pro hac vice counsel's long-standing representation of the client: Target Corporation.

_____The local trial bar lacks experience in the field of : ______________.

_____The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________.

_____The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.

_____It is a criminal case, and ______________ counsel is defendant's counsel of choice.

_____Other: __________

Defendant,
By: Sheri L. Pizzi
Attorney for Target Corporation

Sheri L. Pizzi

DATED: 7-28-05

Tel. # Fax # Tel. # Fax #

**ORDER:** This motion is hereby Granted.

Mary M. Lisi 8/15/05
U.S. District Judge

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on July 28, 2005, I served a copy of the foregoing:

1. Motion for Entrance of Appearance Pro Hac Vice for Attorney Lynn A. Kappelman, and

2. Attorney's Kappelman's Certification for Pro Hac Vice Admission

by regular mail, postage prepaid, to:

Anthony J. Cordeiro, Esq.
51 Jefferson Boulevard
Warwick, RI 02888

Sheri L. Pizzi