# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DAWN SACCOCCIA-MILLER**

**Vs.** **C.A. N0. 05-323ML**

**TARGET CORPORATION**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Target Corporation, against the plaintiff, Dawn Saccoccia-Miller, pursuant to the Memorandum and Order dated October 11, 2005 GRANTING defendant's Motion to Dismiss**

Enter:

Barbara Barletta
Deputy Clerk

DATED: October 12, 2005